

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 1, 2026

**VIA EMAIL**
The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Shandi Alexander, 26 Mag. 1118 (UA)**

Dear Judge Aaron:

The Government respectfully writes in response to Your Honor's July 1, 2026 order that the Government send a letter to the Court setting forth the basis for the Government's opposition to the defendant's bail modification request.

On April 9, 2026, the defendant was arrested and charged by complaint with one count of sending threatening interstate communications in violation of 18 U.S.C. § 875(c). Specifically, the complaint alleges that the defendant sent threatening messages via a social media application to the spouse ("Victim-1") of a U.S. Immigrations and Customs Enforcement deportation officer ("Officer-1") threatening Victim-1's and Officer-1's children. (Dkt. 1.) That same day, the defendant was presented before Your Honor and released on conditions, including that her travel is restricted to the continental United States. (Dkt. 4.) On July 1, 2026, the defendant requested that the Court grant her a one-time modification of her bail conditions and authorize her to travel to Paris, France from July 4, 2026 to July 12, 2026 "for work and for a semi-annual visit with a close friend."

The Government opposes the defendant's request and believes that Your Honor's condition restricting the defendant's travel to the continental United States should remain in place. The

[Continued on next page]

Government opposes any international travel due to the risk of flight associated with the defendant obtaining her passport and leaving the country while a federal felony charge is pending.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
Patrick J. Gallagher
Assistant United States Attorney
212-637-2251

cc: Counsel of Record